THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER STRANGE, MAGEN MORRIS, on behalf of themselves and all other similarly situated, <br><br>　　　　　　　Plaintiff, <br><br>　v. <br><br>LES SCHWAB TIRE CENTERS OF OREGON, INC., et al. <br><br>　　　　　　　Defendants. <br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br>　　　　　　　Plaintiff, <br><br>　v. <br><br>LES SCHWAB TIRE CENTERS OF WASHINGTON, INC., LES SCHWAB WAREHOUSE CENTER, INC., LES SCHWAB TIRE CENTERS OF BOISE, INC., LES SCHWAB TIRE CENTERS OF CALIFORNIA, INC., LES SCHWAB TIRE CENTERS OF IDAHO, INC., LES SCHWAB TIRE CENTERS OF MONTANA, INC., LES SCHWAB TIRE CENTERS OF NEVADA, INC., LES SCHWAB TIRE CENTERS OF UTAH, INC., <br><br>　　　　　　　Defendants. | No. C06-0045 RSM <br><br> DEFENDANT'S ANSWER TO THE EEOC'S FIRST AMENDED COMPLAINT |

DEFENDANT'S ANSWER TO THE EEOC'S
FIRST AMENDED COMPLAINT (NO. C06-0045
RSM) – 1

41826-6002/LEGAL13069759.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## I.     ANSWER

Defendants, Les Schwab Tire Centers of Washington, Inc., Les Schwab Warehouse Center, Inc., Les Schwab Tire Centers of Boise, Inc., Les Schwab Tire Centers of California, Inc., Les Schwab Tire Centers of Idaho, Inc., Les Schwab Tire Centers of Montana, Inc., Les Schwab Tire Centers of Nevada, Inc., and Les Schwab Tire Centers of Utah, Inc. ("Defendants") answer the Plaintiff Equal Employment Opportunity Commission's ("EEOC") First Amended Complaint (the "Amended Complaint") as follows:

The unnumbered preamble to the Amended Complaint does not state specific facts or allegations to which an answer is required.  To the extent an answer is required, Defendants admit that this purports to be an action under Title VII of the Civil Rights Act of 1964 ("Title VII") and Title I of the Civil Rights Act of 1991, and that the EEOC makes various allegations in the Amended Complaint.  Except as expressly admitted, Defendants deny the allegations in the preamble, and they specifically deny that they engaged in unlawful employment practices or discrimination on the basis of sex and that  Magen Morris, Jennifer Strange or any other individuals are entitled to any relief.

1.     Defendants admit that the EEOC has invoked the jurisdiction of this Court pursuant to 28 U.S.C. §§ 451,1331,1337,1343, and 1345.  Except as expressly admitted, the allegations of this paragraph are denied.

2.     Defendants admit that the alleged practices are alleged to have occurred within the jurisdiction of the United States District Court for the Western District of Washington, but deny that any unlawful employment practices occurred.

3.     Defendants admit that EEOC is an agency of the United States charged with administration, interpretation and enforcement of Title VII.  Except as expressly admitted, the allegations of this paragraph are denied.

4.     This paragraph states a legal conclusion and is therefore denied.

DEFENDANT'S ANSWER TO THE EEOC'S
FIRST AMENDED COMPLAINT (NO. C06-0045
RSM) – 2

41826-6002/LEGAL13069759.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

5. Defendants admit that, at all relevant times, they have been corporations with at least 15 employees and that each of them has done business in a state listed in this paragraph.. Except as expressly admitted, defendants deny the allegations of the paragraph.

6. Defendants admit that, more than 30 days prior to the commencement of this lawsuit, Ms. Morris and Ms. Strange filed charges of discrimination with the EEOC alleging violations of Title VII by "Les Schwab Tire Centers." Except as expressly admitted, the allegations of the paragraph are denied.

7. The allegations in this paragraph are denied.

8. The allegations in this paragraph are denied.

9. The allegations in this paragraph are denied.

10. The allegations in this paragraph are denied.

11. Defendants deny that EEOC, Morris, Strange, or any other individuals are entitled to the relief requested in the unnumbered Prayer for Relief or to any other relief and deny any remaining allegations in the Prayer for Relief.

12. Any allegations not expressly admitted herein are denied.

## II. DEFENSES AND AFFIRMATIVE DEFENSES

By way of further response, Defendants state the following defenses and affirmative defenses:

1. EEOC has failed to state a claim upon which relief can be granted.

2. EEOC has failed to identify a pattern or practice of unlawful discrimination against any individuals.

3. Any employment practices at issue in the Amended Complaint were based upon legitimate, non-discriminatory factors other than gender.

DEFENDANT'S ANSWER TO THE EEOC'S
FIRST AMENDED COMPLAINT (NO. C06-0045 RSM) – 3

41826-6002/LEGAL13069759.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

4.  Defendants deny that gender or any other impermissible factor played any role in any employment decision made pursuant to any policy or procedure EEOC is or may be challenging.

5.  EEOC's claims are barred to the extent that the alleged unlawful actions of Defendants' agents, employees, and representatives, if they occurred, were not actions taken within the course and scope of their employment.

6.  Morris, Strange and any other individual EEOC alleges was treated unlawfully by Defendants have failed to comply with their duty to mitigate alleged losses, their entitlement to recovery for which is expressly denied; alternatively, any claim for relief must be set off and/or reduced by wages, compensation, pay, and benefits, or other earnings or remunerations, profits, and benefits received by plaintiffs.

7.  In the event that the Court or a jury should ever conclude that gender was a motivating factor in any of the employment decisions challenged by EEOC, which Defendants expressly deny, Defendants affirmatively aver that the same decision(s) would have been made absent consideration of any impermissible factor(s).

8.  EEOC's claims or some of them are barred by applicable statutes of limitation and time requirements set forth in Title VII, by the doctrine of laches, and/or because they were not included in the charges of discrimination.

9.  EEOC's claims are barred by the doctrine of estoppel and waiver.

10. EEOC's claims are barred by its failure to fully and fairly investigate the underlying charges of discrimination and its failure to attempt to conciliate in good faith, including, without limitation, by its refusal to engage in negotiation, via mediation or otherwise, during the conciliation process. Said failures also deprive the Court of subject matter jurisdiction.

WHEREFORE, having fully answered the Amended Complaint, Defendants respectfully request that:

DEFENDANT'S ANSWER TO THE EEOC'S
FIRST AMENDED COMPLAINT (NO. C06-0045 RSM) – 4

41826-6002/LEGAL13069759.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1. The Amended Complaint be dismissed with prejudice;

2. Defendants be awarded the costs, disbursements and attorneys' fees they incur herein;

3. Defendants be granted permission to amend the Answer to conform with the proof; and

4. Defendants be granted such other relief as this Court deems just and equitable.

DATED: March 2, 2007

s/ Jeffrey A. Hollingsworth, WSBA No. 11853
JHollingsworth@perkinscoie.com
Charles N. Eberhardt, WSBA No. 18019
CEberhardt@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants

DATED: March 2, 2007

s/ Kenneth J. Diamond, WSBA No. 27009
Ken@winterbauer.com
**Winterbauer & Diamond, PLLC**
1200 5th Avenue, Suite 1910
Seattle, WA 98101
Telephone: 206.676.8440
Facsimile: 206.676.8441

Attorneys for Defendants

DEFENDANT'S ANSWER TO THE EEOC'S
FIRST AMENDED COMPLAINT (NO. C06-0045
RSM) – 5
41826-6002/LEGAL13069759.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington that, on March 2, 2007, he caused to be served on the person(s) listed below in the manner shown:

DEFENDANT'S ANSWER TO THE EEOC'S FIRST AMENDED COMPLAINT

☐ United States Mail, First Class

☐ By Messenger

☐ By Facsimile

☒ By eFiling

| | |
|---|---|
| Mr. Lewis L. Ellsworth<br>Gordon, Thomas, Honeywell,<br>Malanca, Peterson & Daheim LLP<br>P. O. Box 1157<br>Tacoma, WA 98401-1157<br>Email: lellsworth@gth-law.com<br>*Attorney for Plaintiffs Strange & Morris* | Mr. Warren E. Martin<br>Gordon, Thomas, Honeywell<br>P.O. Box 1157<br>Tacoma, WA 98401-1157<br>Email: wmartin@gth-law.com<br>*Attorney for Plaintiffs Strange & Morris* |

Mr. John F. Stanley
Lisa A. Cox
U.S. Equal Employment Opportunity Commission
Seattle District Office
Federal Office Building, Suite 400
909 First Avenue
Seattle, WA 98104-1061
Email: john.stanley@eeoc.gov
*Attorneys for Plaintiff EEOC*

Dated at Seattle, Washington, this 2nd day of March, 2007.

_____
Steven Herchelrode
Legal Secretary

41826-6002/LEGAL13069759.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000