**THE HONORABLE RICARDO S. MARTINEZ**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER STRANGE, MAGEN MORRIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LES SCHWAB TIRE CENTERS OF OREGON, INC., et al.,<br><br>Defendants.<br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br>LES SCHWAB TIRE CENTERS OF WASHINGTON, INC., LES SCHWAB WAREHOUSE CENTER, INC.,<br><br>Defendant. | CIVIL ACTION NO. 06-045-RSM<br><br>ORDER ON AGREED MOTION TO CONTINUE PRETRIAL AND TRIAL DATES |

Having reviewed the parties' Second Agreed Motion to Continue Pretrial and Trial Dates, the Court hereby grants the agreed motion. The following schedule shall apply to all remaining dates and shall not be subject to further alteration absent extraordinary circumstances:

ORDER ON SECOND AGREED MOTION TO CONTINUE
PRETRIAL AND TRIAL DATES - Page 1 of 2

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

| TRIAL DATE | October 27, 2008 at 9:00 a.m. |
|---|---|
| FRCP 26(a)(2) expert witness reports due | 05/16/2008 |
| Discovery motions deadline | 06/06/2008 |
| Discovery deadline | 06/27/2008 |
| Dispositive motions deadline | 07/25/2008 |
| Motions in limine deadline | 09/26/2008 |
| Agreed pretrial order due | 10/08/2008 |
| Pretrial conference [to be scheduled by Court] | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, trial exhibits due | 10/14/2008 |
| Length of Jury Trial | 20 days |

IT IS SO ORDERED.

DATED this   11   day of December, 2007.

\[signature\]
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE
ORDER ON SECOND AGREED MOTION TO CONTINUE
PRETRIAL AND TRIAL DATES - Page 2 of 2

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882