UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER STRANGE and MAGEN MORRIS,

    Plaintiff,

v.

LES SCHWAB TIRE CENTERS OF WASHINGTON, INC., et al.,

    Defendant.

CASE NO. C06-0045RSM

SPECIAL VERDICT FORM

WE THE JURY, answer the following questions submitted by the Court as follows:

QUESTION NO. 1

Did defendant Les Schwab Tire Centers discriminate against either or both of the plaintiffs on the basis of sex by denying her opportunities for promotion or training for promotion to the position of Assistant Manager after January 13, 2003?

    a. Jennifer Strange:    Yes _____    No __X__
    b. Magen Morris:    Yes _____    No __X__

SPECIAL VERDICT FORM

06-CV-00045-CJA

1  QUESTION NO. 2

2       Did defendant Les Schwab Tire Centers retaliate against either or both plaintiffs in violation of

3  Washington State law?

4       a. Jennifer Strange:       Yes __X__    No _____

5       b. Magen Morris:           Yes __X__    No _____

6

7  QUESTION NO. 3

8       Did defendant Les Schwab Tire Centers constructively discharge either or both plaintiffs in

9  violation of Washington State law?

10      a. Jennifer Strange:       Yes _____    No __X__

11      b. Magen Morris:           Yes _____    No __X__

12

13 QUESTION NO. 4

14      Did defendant Les Schwab Tire Centers retaliate against either or both plaintiffs in violation of

15 federal law?

16      a. Jennifer Strange:       Yes __X__    No _____

17      b. Magen Morris:           Yes __X__    No _____

18

19 QUESTION NO. 5

20      Did defendant Les Schwab Tire Centers constructively discharge either or both plaintiffs in

21 violation of federal law?

22      a. Jennifer Strange:       Yes _____    No __X__

23      b. Magen Morris:           Yes _____    No __X__

24

25 **If you answered "yes" to any Question 1, 2, 3, 4, or 5, proceed to Question 6. If you answered 'no'**

26 **to Questions 1, 2, 3, 4, and 5 please skip the remaining questions, and sign and date the Verdict.**

27

28  SPECIAL VERDICT FORM

1  QUESTION NO. 6

2     If you found for either plaintiff in any of the questions set forth above, what is the amount of
3  damages you award to that plaintiff for each of the following:

4     a. <u>Jennifer Strange</u>:
5     (1) Past economic damages:              $ __0__
6     (2) Future economic damages:            $ __0__
7     (3) Past and future emotional distress: $ __42,600__

8

9     b. <u>Magen Morris</u>
10    (1) Past economic damages:              $ __0__
11    (2) Future economic damages:            $ __0__
12    (3) Past and future emotional distress: $ __42,600__

13

14    **If you answered "yes" to either Question 4 or 5, proceed to Question 7. If you answered**
15 **"no" to both Questions 4 and 5, please skip the questions below, and sign and date the Verdict.**

16

17 QUESTION NO. 7

18    Do you find that defendant Les Schwab Tire Centers should be punished for its actions by
19 awarding punitive damages?
20    Answer:    Yes __X__   No _____

21

22 **If you answer "yes" to Question 7, proceed to Question 8. If you answered "no" to Question 7,**
23 **please sign and date the Verdict.**

24
25
26
27
28 SPECIAL VERDICT FORM

1  QUESTION NO. 8

2  What amount of punitive damages do you award to either plaintiff?

3  a. Jennifer Strange:  $100,000

4  b. Magen Morris:  $100,000

6  **PLEASE SIGN AND DATE THE VERDICT.**

8  DATED this  9  day of  November, 2009.

Harmony Waldsmith
PRESIDING JUROR

28  SPECIAL VERDICT FORM