UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>LES SCHWAB TIRE CENTERS OF WASHINGTON, *et al.*,<br><br>Defendants**.** | CASE NO.  2:06-cv-0045-RSM<br><br>CONSENT DECREE |

# **I.  INTRODUCTION**

1. This action originated with discrimination charges brought by Magen Morris and Jennifer Strange, filed with the Equal Employment Opportunity Commission ("EEOC") on October 20, 2004.  The charging parties alleged that Les Schwab: (a) failed to train and promote them to management positions; (b) retaliated against and constructively discharged them; and (c) failed to hire females for Sales & Service positions.  The charging parties alleged that these acts violated Title VII.

CONSENT DECREE
Page 1

Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6885

2. Based on these charges, the Commission filed this lawsuit on May 31, 2006, in the United States District Court for the Western District of Washington. The complaint alleges that Les Schwab Tire Centers of Boise, Inc., Les Schwab Tire Centers of California, Inc., Les Schwab Tire Centers of Idaho, Inc., Les Schwab Tire Centers of Montana, Inc., Les Schwab Tire Centers of Oregon, Inc., Les Schwab Tire Centers of Portland, Inc., Les Schwab Tire Centers of Nevada, Inc., Les Schwab Tire Centers of Utah, Inc., Les Schwab Tire Centers of Washington, Inc., and Les Schwab Warehouse, Inc. (the "Les Schwab Companies" or "Les Schwab") failed to hire females for Sales & Service positions, failed to train females, and failed to promote females to management positions. Les Schwab denied the EEOC's claims. Subsequently, the Court dismissed the training and promotion claims asserted in the charges and in the complaint. The remaining individual claims of Ms. Morris and Ms. Strange were resolved in a separate proceeding; thus the two charging parties are no longer part of the litigation to be resolved by this Consent Decree ("Decree" herein).

3. The EEOC and Les Schwab want to conclude all claims arising out of the above charges without expending further resources in contested litigation and therefore agree to entry by the Court of this Decree. This Decree resolves all claims for attorneys fees and costs by all parties.

## II.  NONADMISSION OF LIABILITY

4. This Decree is not an admission of wrongdoing or an adjudication or finding on the merits of the case. Les Schwab expressly denies any wrongdoing or violation of Title VII.

CONSENT DECREE
Page 2

Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6885

## III. SETTLEMENT SCOPE

5. This Decree resolves all issues and claims arising out of the EEOC's complaint. This Decree does not affect the EEOC's right to process, in accordance with standard Commission procedures, other charges, if any, filed by individuals against the Les Schwab Companies alleging violations of Title VII or any other statute enforced by the EEOC.

## IV. CLASS MONETARY RELIEF

6. **Class Settlement Fund Amount**

Les Schwab shall pay the gross sum of $2,000,000.00 ("Class Fund") in resolution of the EEOC's claims of hiring discrimination based on sex. This Class Fund amount shall constitute the total payment by Les Schwab, including, without limitation, any and all costs of administration, and any tax withholding such as FICA or FUTA. The EEOC shall reasonably allocate a portion of the Class Fund to back pay consistent with federal law.

7. **Class Fund Account**

The Class Fund shall be deposited and maintained in a segregated account in the manner described herein:

    a. Within thirty (30) days after the Effective Date (which shall be the date of entry of the Decree by the Court), Les Schwab shall establish and maintain a segregated account, which shall be known as the "Class Fund Account." Les Schwab shall fund the Class Fund Account with the full amount of the Class Fund within thirty (30) days of the Effective Date.

    b. The Class Fund Account shall be an interest-bearing account in an established financial institution selected by Les Schwab.

CONSENT DECREE
Page 3

Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6885

      c. The Class Fund will be distributed by Les Schwab as determined by the EEOC, including any distribution approved by the EEOC and necessary for payment of administration costs. Under no circumstances may Les Schwab make withdrawals or expenditures from the principal or interest of the Class Fund, except as provided in this paragraph c and paragraph d below. Under no circumstances shall commitments for payments from the principal or interest of the Class Fund, for purposes allowed by this Consent Decree, exceed the amount of funds available in the Class Fund.

      d. Any remaining interest not necessary for the administration of the Class Fund after all payments from the Fund have been made shall be retained by Les Schwab. Any unclaimed principal of the Class Fund shall be donated to Apprenticeship and Nontraditional Employment for Women.

8. **Administration**

The parties will agree on an Administrator to administer the class claim process. All fees of the Administrator and any other expenses of the administration will be paid from the Class Fund, except that Les Schwab will be responsible for issuing tax reporting forms at its own expense. Pursuant to agreement between the EEOC and the Administrator, only reasonable fees authorized by the EEOC can be incurred against the fund account.

9. **Claim Process**

      a. Within thirty (30) days after entry of the Decree, Les Schwab will provide EEOC with a Unicru spreadsheet identifying all females who submitted applications for Sales & Service positions during the period from December 1,

CONSENT DECREE
Page 4

Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6885

2007 to entry of the Decree, and were not hired for a Sales & Service position. The Unicru spreadsheet will include the following data fields for each such applicant for periods prior to July 2009:  name, address, social security number, date of application, store number, whether interviewed, interview date, whether offer extended, offer extended date, remove reason code value, removed date, score, and ApplicationID.  For periods from July 2009 through the Effective Date, the Unicru spreadsheet will include the comparable data fields available in Unicru Version 8.  In addition, Les Schwab will produce phone number information for applicants from Unicru if the added cost of doing so is de minimus.  Les Schwab will also provide an Infinium spreadsheet identifying all males hired into Sales & Service positions during the period from December 1, 2007 to entry of the Decree.  The Infinium spreadsheet will include the following data for each such hire:  name, social security number, date of hire, and store number.

b. Based on the data provided under paragraph a above, and the dataset provided previously in discovery, EEOC will determine potential class members.

c. Notice of settlement will only be sent to individuals EEOC has determined to be potential class members under paragraph b.  The description of the case as reflected in the first paragraph of the attached draft Notice (Attachment A) will be the description used in the final notice and in any other communications with class members.  The EEOC will provide a copy of the final Notice to Les Schwab. The EEOC will make best efforts to ensure the Administrator will not reference this case in its advertising or marketing materials.  If any information about the

CONSENT DECREE
Page 5

Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6885

claims process is posted online, EEOC will determine the cost of ensuring that the case name is not publicly available and afford Les Schwab the option to pay that additional cost.

d.  Determination of eligibility and claim share amount is entirely at the discretion of the EEOC.

e.  Les Schwab will issue final payment checks based on a single spreadsheet identifying eligible class members and claim share amount.

## V.   INJUNCTIVE RELIEF

10.     The terms of this Decree are an injunction and operate as an injunction as to Les Schwab, its officers, agents, managers, assistant managers and other supervisors and all human resource professionals who provide advice and assistance to the foregoing individuals.  In ongoing recognition of its obligations under Title VII, Les Schwab agrees to continue the policies and practices set forth below.

**A.     TRAINING AND AWARENESS PROGRAM**

11.     For the duration of this Decree Les Schwab will continue to provide training to all employees in all company-owned stores as set forth below.

12.     The objectives of this training are to: (1) convey Les Schwab's commitment to providing equal employment opportunities under laws against discrimination to all applicants and employees, without regard to the gender of the applicant or employee; (2) provide information and guidance to managers and employees on complying with laws against discrimination, including Title VII; and (3) provide instruction on equal employment opportunity issues, including preventing sex discrimination in hiring and promotion.

CONSENT DECREE
Page 6

Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6885

13. It is the intention of Les Schwab to continue to provide EEO awareness to management employees and its general workforce.

a. Les Schwab acknowledges that the effectiveness of its implementation of the terms of this Decree is dependent on its workforce understanding that its efforts to provide equal employment opportunities to all persons have the full commitment of Les Schwab's upper-management, including the Board of Directors, Chief Executive Officer, and top Company officials. Within thirty (30) days after the Court approves this Decree, Les Schwab will reaffirm to its workforce its commitment to equal employment opportunity, to achieving a diverse workforce, and to the furtherance of the Decree's purpose. Within ten (10) days after Les Schwab communicates its commitment to its workforce, it will certify to the Commission its compliance with this paragraph, including the manner in which the communication occurred.

b. During the term of this Decree, Les Schwab shall continue to provide training on equal employment opportunity to all Regional Managers, Area Managers, Store Managers, Assistant Managers, and other personnel, if any, who make store hiring decisions, and human resources employees who support that process. The training shall include the following topics: (1) federal, state and Company prohibitions against unlawful discrimination, including sex discrimination, and retaliation; (2) topics that will encourage equal employment in recruiting, hiring, and promotion without engaging in sex discrimination and sex stereotyping; and (3) Les Schwab's efforts to recruit, hire, and maintain a diverse workforce. No

CONSENT DECREE
Page 7

Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6885

less than two (2) hours shall be devoted to training on these topics for each participant within ninety (90) days following: (a) the date the Court approves this Decree, and (b) on an annual basis thereafter throughout the term of the Decree.

c. Les Schwab shall continue to incorporate diversity training into its training for executives, managers, and human resource associates.

14. Les Schwab understands that in order to carry out the objectives of this Decree it must be recognized in local communities as an employer that supports and practices equal employment opportunity. Therefore, within ninety (90) days after the Court approves this Decree, Les Schwab will review its existing internal and external recruiting and hiring documents (including materials on its external and internal websites) to confirm that they reflect diverse images, including the presence of females in Sales & Service positions, and Les Schwab's commitment to equal employment opportunity. Les Schwab will include the current introductory statement (Attachment B) affixed to the book <u>Les Schwab – Pride in Performance</u> whenever it is distributed by Les Schwab for any purpose. Within ten (10) days after Les Schwab's review has been completed, it will certify to the Commission its compliance with this paragraph.

**B.    RECRUITMENT EFFORTS**

15. Les Schwab will continue its recruitment efforts to increase the flow of female applicants for Sales & Service positions. Those efforts will include the following:

CONSENT DECREE
Page 8

Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6885

  a. In all recruiting and hiring materials, including but not limited to employment applications, brochures, newspaper, radio, television, and internet advertisements, and on its website, Les Schwab will state that "Les Schwab is an Equal Opportunity Employer," and will instruct store managers accordingly.

  b. Les Schwab will continue to contact entities such as technical schools and community colleges that may be sources of qualified female applicants for Sales & Service positions. In connection with this, Les Schwab will select at least one organization in each state in which it operates that promotes the employment of women in non-traditional fields and will invite such organizations to link to Les Schwab's Web site.

  c. Les Schwab will continue to participate in relevant job fairs in states where it operates. One purpose of attending the job fairs will be to encourage qualified females to apply for Sales & Service positions. Les Schwab will communicate its commitment to developing and maintaining a diverse workforce and to its status as an equal opportunity employer.

**C.  HIRING**

16. During the term of this Decree, Les Schwab will make best efforts to hire females into Sales & Service positions in proportion to their availability in the qualified applicant pool.

17. Les Schwab agrees to continue (1) the use of standard application materials for all Sales & Service applicants through the electronic hiring process known as "Unicru"; and (2) periodic review of all hiring procedures by Les Schwab's Human Resources Department. Les Schwab further agrees to notify and consult with the EEOC if the Unicru system is to be

CONSENT DECREE
Page 9

Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6885

discontinued or materially modified.

**D.     REPORTING, RECORD KEEPING AND COMPLIANCE REVIEW**

18.     Les Schwab shall maintain the following records for the term of this Decree or as required by state or federal law, whichever is longer:

> a. Applications for Sales & Service positions, including hard copies bearing handwritten notes as well as electronic files maintained by third party vendor (Kronos, Inc.);
>
> b. A list of job fairs attended by Les Schwab pursuant to paragraph 15(c), and all recruiting materials as referenced in Paragraph 15(a) above, including job advertisements;
>
> c. Copies of Les Schwab's hiring policies and procedures;
>
> d. Copies of notifications to the organizations referenced in Paragraph 15(b);
>
> e. Copies of centralized marketing campaign materials;
>
> f. Documentation of employee training undertaken pursuant to paragraph 13b including, but not limited to, materials used during the training and employee participation records.
>
> g. At any point during the term of this Decree, with reasonable notice, the Commission may inspect and copy such documents and records required to be maintained or created by the express terms of this Decree, or referred to by Les Schwab to prepare its reports to the Commission.

CONSENT DECREE
Page 10

Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6885

19. Les Schwab will submit an initial report to the Commission concerning the implementation of this Decree no later than 15 days after the expiration of the first six-month period after the Court approves this Decree. Thereafter, reports will be submitted to the Commission annually. Each report shall contain the information set forth below:

   a. A list of the organizations Les Schwab has contacted pursuant to paragraph 15b, during the preceding reporting period.

   b. A listing of all job fairs attended, in accordance with paragraph 15c including the location held, during the preceding reporting period.

   c. A spreadsheet containing all applicants for Sales & Service positions during the preceding reporting period, including Unicru data fields for date of application, sex, store number, and social security number.

   d. A list of all hires into Sales & Service during the preceding reporting period, including name, sex, date of hire, store number and social security number.

   e. A listing of all training undertaken during the preceding reporting period in accordance with paragraphs 11 and 13b, and a roster of participating employees.

**E.   NOTICE POSTING**

20. For the pendency of the consent decree Les Schwab shall post a notice to employees in each Les Schwab facility, attached hereto as Attachment C, informing them of this settlement, its terms, and the company's commitment to compliance with federal laws relating to equal employment opportunity.

## VI.   DISPUTE RESOLUTION PROCEDURES

21. The Commission shall have the right to initiate an action pursuant to the Court's

CONSENT DECREE
Page 11

Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6885

continuing jurisdiction for an unresolved dispute or for non-compliance with any provision of the Decree, as follows:

    a. If the EEOC believes that there is an issue to resolve, it shall promptly give notice, in writing, to the company.

    b. The parties shall promptly undertake efforts to resolve the areas of dispute or alleged non-compliance.

    c. If after 30 days the EEOC determines that efforts to resolve the matter have failed, it shall notify Les Schwab in writing of such failure to resolve the matter and may commence an action in the United States District Court to enforce the terms of this Decree.

## VII.    DURATION OF THE CONSENT DECREE

22.    This Consent Decree will become effective on the date approved and entered by the United States District Court for the Western District of Washington, and it will remain in effect for a period of four years.  If the EEOC petitions the Court for violation of terms of the Consent Decree, and the Court finds a violation, the Court may extend the duration of the Decree.

## VIII.  RETENTION OF JURISDICTION

23.    The United States District Court for the Western District of Washington shall retain jurisdiction over this matter for the duration of the Consent Decree.

DATED this ___day of ____

CONSENT DECREE
Page 12

Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6885

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney | JAMES L. LEE<br>Acting General Counsel |
| JOHN F. STANLEY<br>Supervisory Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| DAMIEN A. LEE<br>Senior Trial Attorney | JEFFREY C. BANNON<br>Assistant General Counsel |
| TERI L. HEALY<br>Senior Trial Attorney | |
| MAY CHE<br>Trial Attorney | |

BY: _____
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| Seattle Field Office<br>909 First Avenue, Suite 400<br>Seattle, Washington 98104 | Office of the General Counsel<br>131 M Street NE<br>Washington, D.C. 20507 |

Attorneys for Plaintiff EEOC

CONSENT DECREE

Page 13

Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6885

1 BY: _____
Jeffrey A. Hollingsworth
2 JHollingsworth@perkinscoie.com
Charles N. Eberhardt
3 CEberhardt@perkinscoie.com
Chelsea D. Petersen
4 CDPetersen@perkinscoie.com
William B. Stafford
5 WStafford@perkinscoie.com
Perkins Coie LLP
6 1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
7 Telephone (206) 359-8000
Facsimile (206) 359-9000
8

9

10

11 BY: /s/ *Kenneth J. Diamond*
Kenneth J. Diamond
12 WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1910
13 Seattle, WA 98101
Telephone (206) 676-8444
14 ken@winterbauer.com

15

16
Attorneys for Defendants
17

18

19

20

21

22

23

24

25

26

27 CONSENT DECREE
Page 14
28

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney | JAMES L. LEE<br>Acting General Counsel |
| JOHN F. STANLEY<br>Supervisory Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| DAMIEN A. LEE<br>Senior Trial Attorney | JEFFREY C. BANNON<br>Assistant General Counsel |
| TERI L. HEALY<br>Senior Trial Attorney | |
| MAY CHE<br>Trial Attorney | |

BY: /s/

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104

Office of the General Counsel
131 M Street NE
Washington, D.C. 20507

Attorneys for Plaintiff EEOC

CONSENT DECREE
Page 13

1
_____
Jeffrey A. Hollingsworth, WSBA No. 11853
JHollingsworth@perkinscoie.com
Charles N. Eberhardt, WSBA No. 18019
CEberhardt@perkinscoie.com
Chelsea Dwyer Petersen, WSBA No. 33787
CDPetersen@perkinscoie.com
William B. Stafford, WSBA No. 39849
WStafford@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000


s/ Kenneth J. Diamond, WSBA No. 27009
ken@winterbauerdiamond.com
**Winterbauer & Diamond PLLC**
Suite 1700
1200 Fifth Avenue
Seattle, WA  98101
Telephone:  (206) 676-8444

*Attorneys for Defendants*

CONSENT DECREE
Page 13

Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6885