UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LES SCHWAB TIRE CENTERS OF WASHINGTON, *et al.*,<br><br>Defendants. | CASE NO. 2:06-cv-0045-RSM<br><br>ORDER APPROVING CONSENT DECREE |

The Court having considered the foregoing stipulated agreement of the parties, IT IS HEREBY ORDERED THAT the foregoing Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees to any party. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this 10th day of March, 2010.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER APPROVING CONSENT DECREE
Page 1

Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6885