# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER STRANGE AND MAGEN MORRIS,

        Plaintiffs,

        v.

LES SCHWAB TIRE CENTERS OF WASHINGTON, INC., et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   C06-45RSM

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT plaintiffs shall be awarded a total of **$583,930** in attorneys' fees and **$47,218.02** in expenses.

Dated this 1 day of June 2010.

        BRUCE RIFKIN
        Clerk

        /s/ Rhonda Stiles
        Deputy Clerk